**Order entered September 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00671-CR

**WILLIAM GERARD PALMER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the Criminal District Court No. 4
### Dallas County, Texas
### Trial Court Cause No. F12-00445-K

## ORDER

The Court **GRANTS** court reporter Charon Evans's September 15, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Evans to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/     DAVID EVANS
           JUSTICE